UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 14-7574-MWF(SHx)**                    Dated: **October 23, 2015**

Title:        Brookwood Funding, LLC, et al. -*v*- Dern Luetarn, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

In light of the Notice of Settlement filed October 21, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 23, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk   __cw__
CIVIL - GEN

-1-